**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

March 24, 2008

CASE TITLE:     TERESA D PADILLA, ET AL -v-TOM RIDGE, ET AL
RECEIVED FROM:  Southern District of Texas (their case # 03-cv-126)

CASE NUMBER:     CV 08-01531 CW

TO COUNSEL OF RECORD:

   The above entitled action has been transferred to this District.  All future filings should reflect the above case number CV-08-1531-CW.

                                        Sincerely,

                                        RICHARD W. WIEKING, Clerk



                                        by: Clara Pierce
                                        Case Systems Administrator

o:\mrg\civil\transin.mrg