IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTILLAN, et al., | No. C-04-02686 CW |
|     Plaintiffs, | |
|   v. | |
| MUKASEY, et al., | |
|     Defendants. | |
| _____ | |
| TERESA D. PADILLA, | No. 08-01531 CW |
|     Plaintiff, | JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |
|   v. | |
| TOM RIDGE, | |
|     Defendant. | |
| _____ | |

    On February 25, 2008, the Honorable Ricardo H. Hinojosa, United States District Judge, Southern District of Texas, entered an Order of Reinstatement and Transfer, granting the parties' joint motion.  The Order transferred the case to this district "for consolidation with Santillan, et al. v. Mukasey, et al., No. C-04-2686 (N.D.Cal.), No. 06-15366 (9th Cir.)."  This Court, *sua sponte*, refers the above-captioned cases to District Judge Marilyn Hall Patel to consider whether these cases are related.  Parties shall

file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

Dated 3/26/08

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge