UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA D PADILLA, | No. C 08-01531 MHP |
|     Plaintiff(s), | **CLERK'S NOTICE** |
| v. | **(Scheduling Case Management Conference in Reassigned Case)** |
| TOM RIDGE, | |
|     Defendant(s). | |

    This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, June 23, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

Richard W. Wicking
Clerk, U.S. District Court

Dated: April 10, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TERESA D PADILLA et al,

        Plaintiff,

  v.

TOM RIDGE et al,

        Defendant.

Case Number: CV08-01531 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Anton Armendariz
Joseph D. De Mott & Associate LLP
800 Dolorosa
Suite 100
San Antonio, TX 78207

Javier Nyrup Maldonado
Attorney at Law
P.O. Box 12424
San Antonio, TX 78212

Lisa M. Putnam
Department of Homeland Security
P.O. Box 1711
Harlingen, TX 78551

Marisol Linda Perez
MALDEF
110 Broadway
Suite 300
San Antonio, TX 78205

Mark C. Walters
Office of Immigration Litigation
P.O. Box 878
Washington, DC 20044

Nina Perales
Mexican American Legal Defense and Educational Fund
110 Broadway
Suite 300
San Antonio, TX 78205

Selena N. Solis
Office of the Federal Public Defender
700 E. San Antonio
Suite D401
El Paso, TX 79901

Stephen J. Flynn
Office of Immigration Litigation, Civil Division
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

Dated: April 10, 2008

                                        Richard W. Wieking, Clerk
                                        By: Anthony Bowser, Deputy Clerk