1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SANTILLAN, et al.<br><br>        Plaintiffs,<br><br>  v.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States; et al.<br><br>        Defendants;<br><br>and,<br><br>TERESA D. PADILLA, et al.,<br><br>        Plaintiffs<br><br>  v.<br><br>TOM RIDGE, Secretary of Homeland Security, et al.,<br>Defendants | Case No. C-04-2686 MHP<br><br>Case No. C-08-1531 MHP<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONSOLIDATE THE *SANTILLAN* AND *PADILLA* CASES AND TO RE-CERTIFY THE CLASS**<br><br>Hearing Date: June 16, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15<br><br>Hon. Marilyn Hall Patel |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

771715 v1/PA

**CASE NO. C-04-2686 MHP**
**CASE NO. C-08-1531 MHP**

On June 16, 2008, this Court held a hearing on the parties' Joint Motion to Consolidate the *Santillan* and *Padilla* Cases and to Re-certify the Class. Upon full consideration of all submitted papers and oral arguments in support of the Joint Motion, and for good cause shown, IT IS HEREBY ORDERED that the parties' Joint Motion to Consolidate the *Santillan* and *Padilla* Cases and to Re-certify the Class is GRANTED as follows:

1. *Padilla, et al. v. Ridge, et al.*, No. C-08-1531 MHP is hereby consolidated with *Santillan, et al. v. Mukasey, et al.*, No. C-04-2686 MHP.

2. The previously certified classes in the *Santillan* and *Padilla* cases are decertified and a single class is certified as follows:

> All persons who have been or will be granted lawful permanent resident status prior to termination of this Stipulation by the EOIR, through the Immigration Courts or the BIA, and to whom the USCIS has failed to issue evidence of registration as a lawful permanent resident, with the exception that the class excludes the 34 named plaintiffs in *Lopez-Amor v. U.S. Attorney General*, No 04-CV-21685 (S.D. Fla.).

IT IS SO ORDERED.

Dated: _____, 2008

_____
Hon. Marilyn Hall Patel
UNITED STATES DISTRICT JUDGE