UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: June 16, 2008

Case No.   C 04-2686  MHP          Judge: MARILYN H. PATEL
           C 08-1531  MHP

Title: MARIA SANTILLAN et al -v- MICHAEL MUKASEY et al
       TERESA D. PADILLA et al -v- TOM RIDGE et al

Attorneys:  Plf: Michelle Rhyu, Rueben Chen, Javier Maldenado
            Dft: Ed Olsen, Alice Smith, Marc Walters

Deputy Clerk: Anthony Bowser    Court Reporter: Jim Yeomans

## PROCEEDINGS

1)   Joint Motion to Consolidate/Re-Certify Class

2)   Joint Motion for Preliminary Approval of Settlement and Notice

3)

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Preliminary Approval granted; Counsel to submit revised preliminary approval order;

Final Approval Hearing set for 7/21/2008 at 3:00 p.m.