**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA D. PADILLA, et al., | No. C 08-01531 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Case Management Conference)** |
| v. | |
| TOM RIDGE, et al., | |
| Defendant(s). | |

The case management conference in this matter currently set for June 23, 2008, is hereby rescheduled to **July 10, 2008**, at **2:00** p.m. due to the unavailability of the Court. The Joint Case Management Statement is due ten days prior to the conference. **Plaintiff shall serve this notice on all defendants NOT appearing on the service list.**

Richard W. Wieking
Clerk, U.S. District Court

Dated: June 18, 2008

Frank Justiliano, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140