**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: July 21, 2008

Case No.    C 04-2686  MHP                    Judge: MARILYN H. PATEL
              C 08-1531  MHP

Title: MARIA SANTILLAN et al -v- MICHAEL MUKASEY et al
          TERESA D. PADILLA et al -v- TOM RIDGE et al

Attorneys:  Plf:  Rueben Chen
                    Dft: Ed Olsen, Alice Smith, Marc Walters

Deputy Clerk:  Anthony Bowser  Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Final Approval Hearing

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Court to issue order.