UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SANTILLAN, et al.<br>Plaintiffs,<br>v.<br>MICHAEL B. MUKASEY, Attorney General of the United States; et al.<br>Defendants;<br>and,<br>TERESA D. PADILLA, et al.,<br>Plaintiffs<br>v.<br>TOM RIDGE, Secretary of Homeland Security, et al.,<br>Defendants | Case No. C-04-2686 MHP<br><br>Case No. C-08-1531 MHP<br><br>[~~PROPOSED~~] ORDER APPROVING SETTLEMENT AND DISMISSING CASE<br><br>Hearing Date: July 21, 2008<br>Time: 3:00 p.m.<br>Courtroom: 15<br><br>Hon. Marilyn Hall Patel |

Upon consideration of the parties' joint motion to approve a settlement of the above-captioned cases and to dismiss, and after a duly noticed fairness hearing,

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

755844/PA

CASE NO. C-04-2686 MHP
CASE NO. C-08-1531 MHP

IT IS HEREBY ORDERED that the joint motion to approve the settlement agreement is granted, the injunction issued on December 22, 2005, is vacated, and the case is dismissed. The Court retains no jurisdiction over this matter except as stated in paragraph 27 of the settlement agreement.

IT IS SO ORDERED.

Dated: July 21, 2008

_____
Hon. Marilyn Hall Patel
UNITED STATES DISTRICT JUDGE